520

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JULIO C. SOTO, Defendant-Appellant.

(No. 58885;

First District (2nd Division)—December 11, 1973.

PER CURIAM.

LEIGHTON, J., took no part.

Joseph B. Gilbert, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.